UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WESTFIELD,<br><br>            Plaintiff,<br><br>       v.<br><br>REMINGTON LODGING &<br>HOSPITALITY, LLC, et al.,<br><br>            Defendants. | Case No.  20-cv-08956-JSW<br><br>**ORDER TO SHOW CAUSE AND<br>VACATING HEARING ON MOTION<br>TO REMAND**<br><br>Re: Dkt. No. 16 |

On December 24, 2020, Plaintiff filed a motion to remand.  (Dkt. No. 7.)  Under the Northern District Civil Local Rules, Defendants' opposition to Plaintiff's motion was due on January 7, 2021.  Defendants did not file an opposition on that date.  Rather, Defendants filed their opposition to Plaintiff's motion on January 11, 2021, without seeking leave of the Court. Accordingly, the Court HEREBY ORDERS Defendants to show cause in writing by January 19, 2021, why the Court should accept their untimely brief and why Plaintiff's motion to remand should not be granted due as unopposed.

For the reasons set forth in this Order, the Court HEREBY VACATES the January 14, 2021 deadline for Plaintiff's reply and the March 12, 2021 hearing date on Plaintiff's motion to remand pending Defendants' response to this Order to Show Cause.  The Court shall issue a further order addressing how this matter shall proceed after it considers Defendants' response.

**IT IS SO ORDERED.**

Dated: January 12, 2021

_____

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California